STATE OF NEW JERSEY v. AYRTON O. REID.

September 12, 1977. Petition for certification denied. (See 148 *N. J. Super.* 263)

RAYMOND ROBBIANI v. FRED G. BURKE.

September 12, 1977. Petition for certification granted.

FRANK F. DUVIN v. STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, PUBLIC EMPLOYEES' RETIREMENT SYSTEM.

September 12, 1977. Petition for certification granted. (See 149 *N. J. Super.* 289)

IN THE MATTER OF THE ESTATE OF
PAUL REICH, DECEASED.

September 12, 1977. Petition for certification denied. (See 149 *N. J. Super.* 475)

STATE OF NEW JERSEY v. BERNARD BANKS.

September 12, 1977. Petition for certification denied.